WILLIAM BERDAN, appellant,

*v.*

PASSAIC VALLEY SEWERAGE COMMISSION, respondent.

[Submitted March 23d, 1914.    Decided June 18th, 1914.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *82 N. J. Eq. 235.*

*Mr. Warren Dixon,* for the appellant.

*Messrs. Riker & Riker,* for the respondent.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BOGERT, VREDEN-BURGH, WHITE, HEPPENHEIMER—11.

*For reversal*—None.